BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALSH, as Successor-in-Interest to and as Wrongful Death Heir of CHARLES JENSEN, Deceased; and CAROL FLAMMOND, CHARLES JENSEN, JR., JAQUELINE STRICKLAND, WANDA HORACEK, DEBRA JENSEN, EDWARD JENSEN, by and through his Guardian Ad Litem, TINA WALSH, as Wrongful Death Heirs of CHARLES JENSEN, Deceased,<br><br>     Plaintiffs,<br><br>vs.<br><br>UNION CARBIDE CORPORATION, *et al.*,<br><br>     Defendants. | No. 3:14-cv-04644-VC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 20, 2015        By: _____
                                Vince Chhabria
                                United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITH OUT PREJUDICE OF DEFENDANT FOSTER WHEELER LLC FKA FOSTER WHEELER CORPORATION