UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA WALSH, et al.,

    Plaintiffs,

v.

UNION CARBIDE CORPORATION,

    Defendant.

Case No. 14-cv-04644-VC

**ORDER DENYING STIPULATION TO "ADD CASE TO SAN FRANCISCO SUPERIOR COURT ACTION"**

Re: Dkt. No. 28

The proposed order submitted by the parties to "add case to San Francisco Superior Court action" is denied. This court has no authority to add a party to an action in state court. If the parties wish to submit a stipulated dismissal of this case, the court will approve it. And if the parties wish to propose adding Union Carbide to the state court action, they may submit that proposal to the state court. But what happens in the state court action is none of this court's business.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
VINCE CHHABRIA
United States District Judge