**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALSH, as Successor-in-Interest to and as Wrongful Death Heir of CHARLES JENSEN, Deceased; and CAROL FLAMMOND, CHARLES JENSEN, JR., JAQUELINE STRICKLAND, WANDA HORACEK, DEBRA JENSEN, EDWARD JENSEN, by and through his Guardian Ad Litem, TINA WALSH, as Wrongful Death Heirs of CHARLES JENSEN, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNION CARBIDE CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 3:14-cv-04644-VC<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: January 13, 2016   By: _____
               Vince Chhabria
               United States District Judge